UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 13-20777-CR-MARTINEZ/GARBER

UNITED STATES OF AMERICA

    Plaintiff,

vs.

CHARLES OSASUMWEN OBASUYI,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon Defendant's Motion to Suppress Physical Evidence and Statements and Incorporated Memorandum of Law **(D.E. No. 21)**, filed on December 20, 2013.

**THE MATTER** was referred to United States Magistrate Judge Barry L. Garber, and accordingly, the Magistrate Judge conducted an evidentiary hearing on January 7, 2014. A Report and Recommendation **(D.E. No. 32)** was filed on January 24, 2014, recommending that Defendant's Motion to Suppress Physical Evidence and Statements and Incorporated Memorandum of Law **(D.E. No. 21)** be **denied**.

The parties were afforded the opportunity to file written objections fourteen (14) days from the entry of the report, and the record reveals that objections were filed by Defendant's Counsel and noted by this Court. After a *de novo* review of the Record and Magistrate Garber's well-reasoned Report and Recommendation, it is hereby:

**ORDERED AND ADJUDGED** that United States Magistrate Judge Barry L. Garber's, Report and Recommendation **(D.E. No. 32)** is hereby **ADOPTED AND APPROVED** in its entirety. Defendant's Motion to Suppress Physical Evidence and Statements and Incorporated Memorandum of Law **(D.E. No. 21)** is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this ___ day of February, 2014.

                                                    JOSE E. MARTINEZ
                                                    UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Garber
All Counsel Of Record